1  Camellia Baray, SBN 179219
   Bonjour, Thorman, Baray & Billingsley
2  24301 Southland Drive, Suite 312
   Hayward, CA 94545
3  (510) 785-8400  Tel
   (510) 670-0955  Fax
4  camellia@btbandb.com

5

6  Counsel for Defendant MONIQUE BURNS

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,                 No. CR 12-70126 MEJ

13              Plaintiff,                   [PROPOSED] ORDER
                                             MODIFYING CONDITIONS OF
14                                           RELEASE
   v.
15
   MONIQUE BURNS,
16
                Defendant.
17 _____/

18     Based on the approval of the parties and good cause appearing therefore, it is

19 ORDERED that the defendant's release conditions be modified as follows:

20     1.   The defendant be permitted to travel to the Eastern District of California.

21     2.   **All other conditions will remain in effect**.

22

23

24 Dated:

25              Honorable Nathaneal M. Cousins
                United States Magistrate Judge
26
                Maria Elena James
27

28