MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DEREK OWENS  (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 3-12-70126 MEJ |
|     Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING HEARING FROM |
| | ) | APRIL 11, 2012 TO MAY 11, 2012 |
| MONIQUE BURNS, | ) | |
| | ) | |
|     Defendant. | ) | |

    This case is scheduled for an arraignment or preliminary hearing on April 11, 2012.  The parties have made progress negotiating a potential pre-indictment resolution but have not yet reached a complete resolution on the case.  The parties believe that continued discussions are in the interests of the defendant and the government.  A continuance of the scheduled hearing will allow the parties enough time to review and confer on discovery and come to a resolution on the case.  The time is required for the effective preparation and continuity of defense counsel in representation of defendant.

    The parties hereby jointly and respectfully request that the Court continue this matter to

STIP. AND ORDER
CR 3-12-70126 MEJ

Friday, May 11, 2012 at 9:30 a.m., before the duty Magistrate Judge for a preliminary hearing.

The parties further stipulate that pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from April 11, 2012 through May 11, 2012. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. Defendant also agrees to exclude for this period of time any time limits applicable under Title 18, United States Code, Section 3161. The parties represent that granting the continuance is the reasonable time necessary for continuity of defense counsel and effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                        MELINDA HAAG
                                      United States Attorney

DATED: 4/10/2012          /s/ Derek Owens
                                      DEREK OWENS
                                      Assistant United States Attorney

DATED: 4/10/2012          /s/ Camellia Baray
                                      CAMELLIA BARAY
                                      Attorney for the Defendant

For the reasons stated above, the Court hereby vacates the March 30, 2012 hearing and continues it to May 11, 2012 at 9:30 a.m., before the duty Magistrate Judge for a preliminary hearing. The Court further finds that an exclusion of time from April 11, 2012 through May 11, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(7)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny the defendant of continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation,

STIP. AND ORDER
CR 3-12-70126 MEJ                          2

taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.


DATED: April 10, 2012

LAUREL BEELER
United States Magistrate Judge

STIP. AND ORDER
CR 3-12-70126 MEJ                              3