1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   KEVIN J. BARRY (CABN 229748)
    Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California  94102
      Telephone:    (415) 436-7200
7     Facsimile:     (415) 436-7234
      Email: kevin.barry@usdoj.gov
8

9   Attorneys for Plaintiff

10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,          )   CR No. 12-mj-70126 MAG
                                       )
16          Plaintiff,                 )
                                       )
17      v.                             )   **STIPULATION AND [PROPOSED]**
                                       )   **ORDER CHANGING HEARING DATE**
18  MONIQUE BURNS,                     )   **AND EXTENDING TIME LIMITS**
                                       )
19          Defendant.                 )
                                       )
20  _____   )

21          On April 10, 2012, the Court set the date for a preliminary hearing / arraignment for May

22  11, 2012.  Pursuant to Rule 5.1(d), the defendant consented to this extension of time, and the

23  parties represented that good cause exists for this extension, including the effective preparation

24  of counsel.  The Court therefore extended the time limits provided by Federal Rule of Criminal

25  Procedure 5.1(c) and excluded this period from any calculation under 18 U.S.C. § 3161.

26          The parties hereby stipulate to move the May 4, 2012 preliminary hearing / arraignment

27  to June 7, 2012, and further request to extend the time limits provided by Federal Rule of

28  Criminal Procedure 5.1(c).  Pursuant to Rule 5.1(d), the defendant consents to this extension of

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXTENDING TIME LIMITS
CR 12-MJ-70126 MAG

1  time, and the parties represent that good cause exists for this extension, including the effective

2  preparation of counsel.  The parties also request that the Court to exclude this period of time

3  from any time limits applicable under Title 18, United States Code, Section 3161.  The parties

4  represent that granting the continuance provides reasonable time necessary for effective

5  preparation of counsel, taking into account the exercise of due diligence.  *See* 18 U.S.C. §

6  3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a

7  continuance outweigh the best interests of the public and the defendant in a speedy trial.  *See* 18

8  U.S.C. § 3161(h)(7)(A).

9

10  SO STIPULATED:

    MELINDA HAAG

11      United States Attorney

12  DATED: May 8, 2012         _____/s/_____

    KEVIN J. BARRY

13      Assistant United States Attorney

14

15  DATED: May 8, 2012         _____/s/_____

    CAMELLIA BARAY

16      Attorney for MONIQUE BURNS

17

18  [~~PROPOSED~~] ORDER

19

20      For the reasons stated above, the Court moves the May 11, 2012 hearing date to June 7,

21  2012.  The Court finds that the extension of time limits applicable under Federal Rule of

22  Criminal Procedure 5.1(c) from May 11, 2012 through June 7, 2012 is warranted and that the

23  ends of justice served by the continuance under Rule 5.1 outweigh the interests of the public and

24  the defendant in the prompt disposition of this criminal case.  The Court also finds that exclusion

25  from the time limits applicable under 18 U.S.C. § 3161 for this period is warranted and that the

26  ends of justice served by the continuance outweigh the best interests of the public and the

27  defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).  The failure to grant the requested

28  exclusion of time would deny counsel for the defendant and for the government the reasonable

1   time necessary for effective preparation, taking into account the exercise of due diligence, and

2   would affect continuity of counsel, resulting in a miscarriage of justice.  18 U.S.C. §

3   3161(h)(7)(B)(iv).

4       IT IS SO ORDERED.

5

6

7   DATED:_____5/8/12_____        _____

Judge Joseph C. Spero

7                                       THE HON.                 SPERO
8                                       United St    Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXTENDING TIME LIMITS
CR 12-MJ-70126 MAG                                                            3