1  Camellia Baray, State Bar No. 179219
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 Southland Dr., Ste 312
   Hayward, Ca. 94545
3  Telephone:  (510) 785-8400
   Facsimile:   (510) 670-0955
4  camellia@btbandb.com

5  Attorneys for Defendant Monique Burns

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3-12-mj-70126 MEJ |
| Plaintiff, | UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS; |
| v. | ORDER MODIFYING CONDITIONS OF RELEASE |
| MONIQUE BURNS, | |
| Defendant._____/ | |

By and through counsel, defendant Monique Burns respectfully requests that her release conditions in this case be modified, as follows:

1. The defendant is permitted to travel to Tucson, Arizona for a period of four days – May 28, 2012 through and including May 31, 2012.

2. **All other conditions will remain in effect**.

The reason for this request for a modification of travel restrictions is that Ms. Burns would like to assist her son move into his college apartment in Arizona.  Ms. Burns' son is

Unopposed Motion to Modify Release Conditions
And Proposed Order
No. CR 3-12-mj-70126 MEJ                     1

currently a freshman in college.  Ms. Burns will drive her son, and his belongings, to Arizona and help him move from his dorm room into an apartment.  Ms. Burns has rented a car –  the make, model and license plate of the vehicle they are using will be provided to Pretrial Services.  While in Arizona, she will stay at the Holiday Inn Express Hotel at 630 East Wetmore Road in Tucson.  The phone number for the Holiday Inn Express is (520) 202-5000.

Pretrial Services Officer Paul Marmaril  has been contacted, and he has no opposition to this modification.  In addition, United States Attorney Kevin Barry has been contacted, and he has no objection to the request, given the approval of Pretrial Services.

The undersigned, Camellia Baray, declares under penalty of perjury that the foregoing is true and correct to the best of her information and belief.

Dated: May 23, 2012            Respectfully submitted,

                               BONJOUR, THORMAN,
                               BARAY & BILLINGSLEY,


                                     /S/

                               CAMELLIA BARAY

Unopposed Motion to Modify Release Conditions
And Proposed Order
No. CR 3-12-mj-70126 MEJ                    2

Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Monique Burns

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3-12-mj-70126 MEJ |
| Plaintiff, | |
| v. | [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |
| MONIQUE BURNS, | |
| Defendant. | |
| _____/ | |

Based on the approval of the parties and good cause appearing therefore, it is ORDERED that the defendant's release conditions be modified as follows:

1.  The defendant be permitted to travel to Tucson, Arizona from May 28, 2012 to May 31, 2012.

///

///

Unopposed Motion to Modify Release Conditions
And Proposed Order
No. CR 3-12-mj-70126 MEJ                 1

2.      **All other conditions will remain in effect**.

Dated: May 25, 2012

_____
The Honorable ~~Joseph C. Spero~~ Maria-Elena James
United States Magistrate Judge

Unopposed Motion to Modify Release Conditions
And Proposed Order
No. CR 3-12-mj-70126 MEJ                    2