1  Camellia Baray, State Bar No. 179219
2  BONJOUR, THORMAN, BARAY & BILLINGSLEY
   24301 Southland Dr., Ste 312
3  Hayward, Ca. 94545
   Telephone: (510) 785-8400
4  Facsimile: (510) 670-0955
5  camellia@btbandb.com

6  Attorneys for Defendant Monique Burns

FILED

AUG 2 4 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9           IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13  UNITED STATES OF AMERICA,            No. CR 3-12-mj-70126 MEJ

14             Plaintiff,

15  v.                                   [PROPOSED] ORDER MODIFYING
                                         CONDITIONS OF RELEASE
16
    MONIQUE BURNS,
17             Defendant.
18  _____/

21      Based on the approval of the parties and good cause appearing therefore, it is

22  ORDERED that the defendant's release conditions be modified as follows:

23      1.    The defendant be permitted to travel to Tucson, Arizona from September 1, 2012

24  to September 4, 2012.

25  ///
26
27  ///

28  Unopposed Motion to Modify Release Conditions
    And Proposed Order
    No. CR 3-12-mj-70126 MEJ                   1

2. **All other conditions will remain in effect.**

Dated: 8-24-12

_____
The Honorable Maria-Elena James
United States Magistrate Judge

Unopposed Motion to Modify Release Conditions
And Proposed Order
No. CR 3-12-mj-70126 MEJ                               2