Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Monique Burns

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>MONIQUE BURNS,<br><br>          Defendant.<br>_____/ | No. CR 3-12-mj-70126 MEJ<br><br>UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS;<br>ORDER MODIFYING CONDITIONS OF RELEASE |

     By and through counsel, defendant Monique Burns respectfully requests that her release conditions in this case be modified, as follows:

     1.     The defendant is permitted to travel to Tucson, Arizona for a period of four days – October 19, 2012 through and including October 22, 2012.

     2.     **All other conditions will remain in effect**.

     The reason for this request for a modification of travel restrictions is that Ms. Burns would like to attend "family weekend," which is held at her son's college. Ms. Burns' son is currently enrolled as a freshman at the University of Arizona in Tucson.

Unopposed Motion to Modify Release Conditions
And Proposed Order
No. CR 3-12-mj-70126 MEJ          1

1    Ms. Burns has rented a car for this trip – the make, model and license plate of the vehicle
2  she will be using has been provided to Pretrial Services. While in Tucson, she will be staying at
3  the Four Point Sheraton, located at 7060 South Tucson Blvd, Tucson, AZ 85756, phone number
4  (520) 746-0271.
5
6    Pretrial Services Officer Betty Kim has been contacted, and she has no opposition to this
7  modification. In addition, United States Attorney Kevin Barry has been contacted, and he has no
8  objection to the request, given the approval of Pretrial Services.
9
10    The undersigned, Camellia Baray, declares under penalty of perjury that the foregoing is
11  true and correct to the best of her information and belief.

13    Dated: October 3, 2012        Respectfully submitted,

14                    BONJOUR, THORMAN,
15                    BARAY & BILLINGSLEY,

17                         /S/

18                    CAMELLIA BARAY

28  Unopposed Motion to Modify Release Conditions
    And Proposed Order
    No. CR 3-12-mj-70126 MEJ            2

Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone:  (510) 785-8400
Facsimile:   (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Monique Burns

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3-12-mj-70126 MEJ |
| Plaintiff, | |
| v. | [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |
| MONIQUE BURNS, | |
| Defendant. | |

Based on the approval of the parties and good cause appearing therefore, it is

ORDERED that the defendant's release conditions be modified as follows:

   1.   The defendant be permitted to travel to Tucson, Arizona from October 19, 2012 through and including October 22, 2012.

///

///

Unopposed Motion to Modify Release Conditions
And Proposed Order
No. CR 3-12-mj-70126 MEJ                    1

2. **All other conditions will remain in effect**.

Dated: October 3, 2012

_____
The Honorable Maria-Elena James
United States Magistrate Judge