1  Camellia Baray, State Bar No. 179219
2  BONJOUR, THORMAN, BARAY & BILLINGSLEY
   24301 Southland Dr., Ste 312
3  Hayward, Ca. 94545
   Telephone: (510) 785-8400
4  Facsimile: (510) 670-0955
   camellia@btbandb.com
5
6  Attorneys for Defendant Monique Burns

**FILED**

**JAN 2 4 2013**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3-12-mj-70126 MEJ |
| Plaintiff, | |
| v. | [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |
| MONIQUE BURNS, | |
| Defendant. | |

Based on the approval of the parties and good cause appearing therefore, it is ORDERED that the defendant's release conditions be modified as follows:

1. The defendant be permitted to travel to Dallas, Texas from January 26, 2013 through and including January 28, 2013.

///

///

Unopposed Motion to Modify Release Conditions
And Proposed Order
No. CR 3-12-mj-70126 MEJ                1

2. **All other conditions will remain in effect**.

Dated: 1-24-13

_____
The Honorable Maria-Elena James
United States Magistrate Judge

Unopposed Motion to Modify Release Conditions
And Proposed Order
No. CR 3-12-mj-70126 MEJ                        2