MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Facsimile: (415) 436-7234
Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONIQUE BURNS,<br><br>Defendant. | CR No. 12-mj-70126 MAG<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CHANGING HEARING DATE AND EXCLUDING TIME** |

The Court has set February 8, 2013, as the date for a preliminary hearing or arraignment. The parties hereby stipulate to set the preliminary hearing or arraignment date on March 29, 2013, and they request that the Court extend the time limits provided by Federal Rule of Criminal Procedure 5.1(c) and 18 U.S.C. § 3161. This extension of time is necessary for the parties to explore possible pre-indictment resolution and for effective preparation of counsel.

Pursuant to Rule 5.1(d), the defendant and the government consent to the extension of time, and the parties represent that good cause exists for this extension, including the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). For the same reasons, the parties also request that the Court exclude from the time limits of 18 U.S.C. § 3161 the period from the

date of this Order through March 29, 2013. The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: February 7, 2013

/s/
KEVIN J. BARRY
Assistant United States Attorney

DATED: February 7, 2013

/s/
CAMELLIA BARAY
Attorney for MONIQUE BURNS

Attestation of Filer

In addition to myself, the other signatory to this document is Camellia Baray. I hereby certify that I have her permission to enter a conformed signature on her behalf and to file.

DATED: February 7, 2013

/s/
KEVIN J. BARRY
Assistant United States Attorney

~~[PROPOSED]~~ ORDER

For the reasons stated above, the Court sets March 29, 2013, as the date for the arraignment or preliminary hearing. The Court finds that extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from the date of this Order through March 29, 2013, is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the

government the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: February 7, 2013

HON. MARIA-ELENA JAMES
Chief United States Magistrate Judge