FILED

MAR 2 9 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KEVIN J. BARRY (CABN 229748)
   Assistant United States Attorney
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone:    (415) 436-7200
       Facsimile:    (415) 436-7234
7      Email: kevin.barry@usdoj.gov

8  Attorneys for Plaintiff

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )   CR No. 12-mj-70126 MAG
                                        )
15          Plaintiff,                  )
                                        )   **STIPULATION AND ~~[PROPOSED]~~**
16      v.                              )   **ORDER CHANGING HEARING DATE**
                                        )   **AND EXCLUDING TIME**
17  MONIQUE BURNS,                      )
                                        )
18          Defendant.                  )
                                        )
    _____     )
19

20          The Court has set March 29, 2013, as the date for a preliminary hearing or arraignment.

21  The parties hereby stipulate to set the preliminary hearing or arraignment date on May 10, 2013,

22  and they request that the Court extend the time limits provided by Federal Rule of Criminal

23  Procedure 5.1(c) and 18 U.S.C. § 3161.  This extension of time is necessary for the parties to

24  explore possible pre-indictment resolution and for effective preparation of counsel.

25          Pursuant to Rule 5.1(d), the defendant and the government consent to the extension of

26  time, and the parties represent that good cause exists for this extension, including the effective

27  preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  For the same reasons, the parties also

28  request that the Court exclude from the time limits of 18 U.S.C. § 3161 the period from the date

1   of this Order through May 10, 2013. The parties also agree that the ends of justice served by

2   granting such an exclusion of time outweigh the best interests of the public and the defendant in

3   a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4

5   SO STIPULATED:

                                           MELINDA HAAG
6                                          United States Attorney

7
    DATED: March 28, 2013                        /s/
8                                          KEVIN J. BARRY
                                           Assistant United States Attorney
9

10  DATED: March 28, 2013                        /s/
                                           CAMELLIA BARAY
11                                         Attorney for MONIQUE BURNS

12

13                              Attestation of Filer

14        In addition to myself, the other signatory to this document is Camellia Baray. I hereby

15  certify that I have her permission to enter a conformed signature on her behalf and to file.

16

17  DATED: March 28, 2013                        /s/
                                           KEVIN J. BARRY
18                                         Assistant United States Attorney

19

20                              [PROPOSED] ORDER

21
          For the reasons stated above, the Court sets May 10, 2013, as the date for the arraignment
22
    or preliminary hearing. The Court finds that extension of time limits applicable under Federal
23
    Rule of Criminal Procedure 5.1(c) from the date of this Order through May 10, 2013, is
24
    warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161is
25
    warranted; that the ends of justice served by the continuance outweigh the interests of the public
26
    and the defendant in the prompt disposition of this criminal case; and that the failure to grant the
27
    requested exclusion of time would deny counsel for the defendant and for the government the
28

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 12-mj-70126 MAG                                                                    2

1  reasonable time necessary for effective preparation of counsel, taking into account the exercise of

2  due diligence, and would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(iv).

3

4

5       IT IS SO ORDERED.

6

7  DATED: 3/29/13

8                               HON. NATHANAEL COUSINS ﾉﾙﾉﾙﾙﾙ ﾙﾙﾊﾊﾙ
                                United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 12-mj-70126 MAG                                                      3